IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KODIAK LINE CORPORATION )
)
    Plaintiff, )
)
v. ) Case No. WMN 01-cv-3199
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**ORDER GRANTING UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF TIME IN WHICH
TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING**

UPON CONSIDERATION of defendant United States of America's motion for extension of time in which to serve an answer or other responsive pleading, the reasons therefor, and plaintiff's consent thereto, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, and DECREED that defendant United States of America serve its answer or other responsive pleading in this action on or before February 14, 2002.

Dated this __14th__ day of __January__, 2002.

_____
WILLIAM M. NICKERSON
United States District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING, MEMORANDUM IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING, and proposed ORDER have been caused to be served this 10th day of January, 2002, by placing true and correct copies thereof in the United States mail, postage prepaid, addressed as follows:

        Robert B. Scarlett, Esq.
        Scarlett & Croll, P.A.
        201 N. Charles Street - Suite 600
        Baltimore, MD 21201.

        *Gerald A. Role*
        GERALD A. ROLE