IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KODIAK LINE CORPORATION )
)
    Plaintiff, )
)
v. ) Case No. WMN 01-cv-3199
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**ORDER GRANTING UNITED STATES OF AMERICA'S
SECOND MOTION FOR EXTENSION OF TIME IN WHICH
TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING**

UPON CONSIDERATION of defendant United States of America's second motion for extension of time in which to serve an answer or other responsive pleading, the reasons therefor, and plaintiff's consent thereto, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, and DECREED that defendant United States of America serve its answer or other responsive pleading in this action on or before March 15, 2002.

Dated this _20th_ day of _February_, 2002.

_____
WILLIAM M. NICKERSON
United States District Judge