IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KODIAK ELECTRIC COMPANY, INC.      *

      Petitioner      *

      v.      *      CIVIL NO. WMN-01-3198

UNITED STATES OF AMERICA      *
TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE      *

      Respondent      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

KODIAK LINE CORPORATION      *

      Petitioner      *

      v.      *      CIVIL NO. WMN-01-3199

UNITED STATES OF AMERICA      *
TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE      *

      Respondent      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

ORDER

These two cases involve two corporations, Kodiak Electric Company, Inc. and Kodiak Line Corporation, which are located at the same address, and are seeking a review of determinations made by the Internal Revenue Service sustaining a Notice of Federal Tax Lien. Both cases were filed in this Court on the same day, and the petitions state almost identical causes of action. The Court concludes that it would be in the interest of justice and judicial economy to consolidate these cases, both for discovery and trial,

Accordingly, IT IS this __28th__ day of __May__, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-01-3198, and all future pleadings are to be captioned and filed in that action;

2. That all pleadings filed heretofore in Civil Action No. WMN-01-3199 shall be deemed to have been filed in Civil Action No. WMN-01-3198;

3. That Civil Action No. WMN-01-3199 is hereby ADMINISTRATIVELY CLOSED; and

4. That the Clerk of the Court shall MAIL or TRANSMIT a copy of this Order to all counsel of record.

William M. Nickerson
United States District Judge